*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, BAKER, and MYERS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Larry D. ANDERS**
Gas Turbine System Technician (Mechanical) Fireman (E-3)
U.S. Navy
*Appellant*

**No. 202100112**

_____

Decided: 29 March 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Hayes C. Larson

Sentence adjudged 21 December 2020 by a general court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for ten months,[1] and a bad-conduct discharge.

For Appellant:
*Captain Thomas P. Belsky, JAGC, USN*

---

[1] The convening authority suspended confinement in excess of six months as a matter of clemency in accordance with the recommendation of the military judge.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.